IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
At Dayton

State Farm Mutual Automobile Insurance Company
and
Evelyn Heimer
c/o Zeehandelar, Sabatino & Associates, LLC
471 East Broad Street, Suite 1500
Columbus, Ohio 43215

       Plaintiffs,

vs.             Case No:  3-21-cv-198
              Judge    Michael Newman

United States of America
P.O. Box 80471
St Louis, Missouri 63180-9471

       Defendant.

## COMPLAINT FOR DAMAGES

  1.  The corporate Plaintiff is duly authorized to sell insurance in the state of Ohio and at all times hereinafter mentioned, had in full force and effect a policy of insurance which provided Collision and Rental coverage to Evelyn Heimer (hereinafter referred to as the "Insured"). Said policy was subject to a $250.00 deductible.

  2.  On or about the 2nd day of January, 2021, in Clay Township, Montgomery County, Ohio, Autumn Thacker, negligently operated a motor vehicle whereby she caused a collision to occur between the motor vehicle she was operating and a 2014 Ford Focus owned by the Insured.

3. At the time of the aforementioned collision, Autumn Thacker, was operating the subject motor vehicle within the course and scope of her employment, and/or as an agent of the Defendant, United States of America, thus making the Defendant vicariously liable for her actions.

4. As a direct and proximate result of said negligence, the Insured incurred damage to her 2014 Ford Focus in the amount of $3,329.25, necessitating the rental of a replacement vehicle at a cost of $182.66.

5. Pursuant to the aforementioned policy of insurance, the corporate Plaintiff was required to and did pay to and/or on behalf of its Insured the sums of $3,079.25 and $182.66 under the Collision and Rental coverage provisions, respectively, and is thereby subrogated in those amounts.

6. This Court has jurisdiction over this matter pursuant to 28 USC §1346 (b) (1).

7. Inasmuch as the incident occurred in Montgomery County, Ohio, this matter is properly venued pursuant to 28 USC § 1402 (b).

8. Because this action is brought pursuant to the FTCA, it is governed by the substantive law of the place where the act occurred pursuant to 28 USC § 1346(b). Therefore, Ohio law applies.

9. The Plaintiffs have complied with all conditions precedent pursuant to § 28 USC 2675 (a) by submitting an executed Standard Form 95, Claim for Damage or Injury, to the United States Postal Service District Tort Claims Coordinator in Cincinnati, Ohio prior to initiating this action.

10. Said claim was presented on or about March 11, 2021.

11.     On May 17, 2021, the Defendant issued its "final denial" of Plaintiffs' claim pursuant to § 28 USC 2675 (a).

12.     Having filed this action within 6 months of the aforementioned "final denial", this action is timely filed pursuant to 28 USC §2401(b) and 39 CFR 912(9)(A).

**WHEREFORE**, Plaintiff, State Farm Mutual Automobile Insurance Company, demands judgment against Defendant in the amount of $3,079.25 and Plaintiff, Evelyn Heimer, demands judgment against Defendant in the amount of $250.00, plus costs and interest.

**ZEEHANDELAR, SABATINO & ASSOCIATES, LLC**

By: */s/ Steven J. Zeehandelar*
Steven J. Zeehandelar  0019561
Attorney for Plaintiffs
471 East Broad Street, Suite 1500
Columbus, Ohio 43215
Phone:   (614) 458-1200 (21-213)
Fax:     (614) 458-1201
E-Mail:  szeehandelar@zsa-law.com